UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 20-30028-MGM |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES LAFRANCE | ) | |

## INTERIM STATUS CONFERENCE MEMORANDUM

The United States of America, by and through its attorneys, United States Attorney Andrew E. Lelling and Assistant United States Attorney Alex J. Grant, and the defendant James LaFrance, by and through his attorney, Timothy Watkins, submit this memorandum to address the issues delineated in 116.5(b)(1)-(10).

1. The government has made its automatic disclosures.

2. There is no additional discovery to be produced at this time.

3. The defense does not any discovery requests at this time.

4. The Court has entered a protective order.

5. The defense is considering whether to file dispositive motions.

6. The parties wish for a schedule for expert witness disclosures to be established at a subsequent status conference.

7. The defendant does not intend to assert the defenses of insanity, public authority, or alibi.

7. The parties request that the Court enter an order of excludable delay under the Speedy Trial Act from February 9, 2021 until the date of the next hearing. This continuance is necessary for the defense to review and analyze automatic discovery. This exclusion would serve the "ends of justice" within the meaning of 18 U.S.C. § 3161(h)(7)(A). A proposed order is attached.

9. The parties have had some preliminary plea discussions. The trial is expected last one week.

10. The parties request that a final status conference be set for 60 days after the interim status conference.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

By:  /s/ Alex J. Grant
Alex J. Grant
Assistant United States Attorney

JAMES LAFRANCE

By:  /s/ Timothy Watkins
Timothy Watkins
Counsel for James LaFrance

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Alex J. Grant
ALEX J. GRANT
Assistant United States Attorney